UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMBER WEBSTER, et al.,

                  Plaintiff(s),

    v.

HOMESITE INSURANCE COMPANY,

                Defendant(s).

CASE NO. C25-0579-KKE

ORDER OF DISMISSAL

The Court hereby GRANTS the parties' stipulated motion (Dkt. No. 15) and DISMISSES all claims in this action with prejudice and without an award of costs.

Dated this 3rd day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1